# Document Not Imaged

# The paper document is available in the Clerk's Office Files Department

Case 1:07-mc-00343   Document 2   Filed 10/03/2007   Page 1 of 1